

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2018

No. 04-18-00345-CR

Comfort Delando **ROBERTS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11457
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On June 4, 2018, appellant filed a motion for the appointment of appellate counsel. The record before this court indicates the trial court appointed Michael Young, Chief Public Defender, to represent appellant on appeal. Accordingly, appellant's motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court